Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of Supplementary Proceedings: BERTRON, GRISCOM & Co., INC., Respondent, v. ABRAM C. WISNER, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

SAWYER BROTHERS, INC., Respondent, v. E. H. HOLMES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

BENSON M. KATZ, Respondent, v. ERNEST TILLMANN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

S. KAPOURNIOTIS A. PANTIS & COMPANY, Appellant, v. NAVIGAZIONE LIBERA TRIESTINA, S. A., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

ADAMANT CORPORATION, Respondent, v. WILLIAM C. LANGLEY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of 251 WEST THIRTIETH STREET CORPORATION, Respondent, v. JOSEPH ELIAS & COMPANY, INC., Appellant, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

HARRY H. STOCKFELD, Appellant, v. INDESTRUCTO GLASS CORPORATION, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

MARTHA N. CREGO, Respondent, v. W. HEYWARD DRAYTON, 3D, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

CHARLES V. BOB and Another, Appellants, v. WILLIAM T. P. HOLLINGSWORTH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ. [136 Misc. 727.]

ELICK LOWITZ and Others, Appellants, v. HARRY SCHENKER, Respondent.— Order modified by granting motion as to items 1, 3, 4 and 7 of the notice of motion, and in all other respects denied, and as so modified affirmed, without costs. No opinion. Verified bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., McAvoy, Martin and O'Malley, JJ.

ELICK LOWITZ and Others, Appellants, v. ADOLPH SCHENKER, Respondent.— Order modified by granting motion as to items 1, 3, 4 and 7 of the notice of motion, and in all other respects denied, and as so modified affirmed, without costs. No opinion. Verified bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., McAvoy, Martin and O'Malley, JJ.